UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Daniel Purdy,

    Plaintiff,

v.

Kiewit Corporation, *et al.*,

    Defendants.

Case No. 2:21–cv–5353

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On August 8, 2022 Magistrate Judge Deavers issued a Report and Recommendation ("R&R"), ECF No. 34, recommending that the Court dismiss Plaintiff's claims with prejudice. In the R&R, Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). R&R 3, ECF No. 34. She also advised the parties that the failure to object to the R&R within fourteen days would result in a forfeiture of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The time for objecting has passed, and no party has objected. Accordingly, the R&R is **ADOPTED**. Plaintiff's action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

/s/ Michael H. Watson
_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT